O

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 7-18-13

DEPUTY CLERK

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

JUL 18 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD E. REISWIG,<br><br>    Petitioner,<br><br>vs.<br><br>AREF FAKHOURY, Warden,<br><br>    Respondent. | Case No. SACV 11-1989-GHK (RNB)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, records on file herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that (1) petitioner's request for stay-and-abeyance is denied; and (2) respondent shall file an Answer to the remaining exhausted claims alleged in the First Amended Petition within sixty (60) days.

DATED: 7/17/13

GEORGE H. KING
UNITED STATES DISTRICT JUDGE