I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL. POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 4-16-14

DEPUTY CLERK

FILED
CLERK, U.S. DISTRICT COURT

APR 16 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                                DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD E. REISWIG,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>AREF FAKHOURY, Warden,<br><br>　　　　Respondent. | Case No. SACV 11-1989-GHK (RNB)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the operative First Amended Petition and all the other records on file herein, including the Report and Recommendation of the United States Magistrate Judge and petitioner's objections thereto.

　　Petitioner's request in his objections that the Court take judicial notice of the decision in the civil case between him and his wife and the California Department of Corporations is denied because review of state court decisions under § 2254(d)(1) "is limited to the record that was before the state court that adjudicated the claim on the

1  merits."[1] See Cullen v. Pinholster, - U.S. -, 131 S. Ct. 1388, 1398, 179 L. Ed. 2d 557
2  (2011). Moreover, § 2254(d)(2) by its express terms restricts federal habeas review
3  to the record that was before the state court. See also Pinholster, 131 S. Ct. at 1400
4  n.7. Likewise, petitioner's request in his objections for oral argument on his
5  prosecutorial misconduct and ineffective assistance of counsel claims is denied
6  because the Court has determined that oral argument would not be of material
7  assistance to the Court's consideration of petitioner's objections or its determination
8  of those claims.

  Having engaged in a de novo review of those portions of the Report and
Recommendation to which objections have been made, the Court accepts the findings
and recommendations of the Magistrate Judge.

  IT THEREFORE IS ORDERED that (1) petitioner's request for leave to
supplement the operative First Amended Petition with additional facts and new claims
is denied; and (2) Judgment be entered denying the First Amended Petition and
dismissing this action with prejudice.

DATED:  4/13/14

                                    GEORGE H. KING
                                    UNITED STATES DISTRICT JUDGE

---

[1] The Court also notes that, according to the Court of Appeal decision on direct appeal from petitioner's conviction, the referenced civil case involved entirely different investments from the ones involved in petitioner's criminal case. (See Lodgment 1 at 8 n.4.)