I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 4-16-14

DEPUTY CLERK

JS-6
Entered

FILED
CLERK, U.S. DISTRICT COURT
APR 16 2014
CENTRAL DISTRICT OF CALIFORNIA
BY         DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD E. REISWIG,<br><br>    Petitioner,<br><br>vs.<br><br>AREF FAKHOURY, Warden,<br><br>    Respondent. | Case No. SACV 11-1989-GHK (RNB)<br><br>**JUDGMENT** |

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
APR 16 2014
CENTRAL DISTRICT OF CALIFORNIA
BY         DEPUTY

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge filed herewith,

IT IS HEREBY ADJUDGED that the operative First Amended Petition is denied and this action is dismissed with prejudice.

DATED: 4/13/14

GEORGE H. KING
UNITED STATES DISTRICT JUDGE

1